IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

In re: Stephen L. Phelps,                    Case No.: 6:23-bk-05281-TPG

    Debtor.
_____/
JEFF EMMING

    Plaintiff,

vs.                                          Adversary No.: 6:24-ap-00033-TPG

STEPHEN L. PHELPS, Debtor,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JEFF EMMING, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal of Adversary Proceeding.

Respectfully submitted this 2 Day of December 2024.

BY:___/s/ Daniel Stiffler_____
DANIEL P. STIFFLER, ESQ.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 2, 2024, I electronically filed the foregoing with the Clerk of Court by using either the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing to all parties indicated on the electronic filing receipt, and to the Debtor at the address below.

                                                                     BY:___/s/ Daniel Stiffler_____
                                                                            DANIEL P. STIFFLER, ESQ.

Debtor:

Stephen L. Phelps
37245 County Road 439
Eustis FL 32736